No. 587, Misc.   PLOCAR *v.* FOSTER, SHERIFF.   Supreme Court of Georgia.   Certiorari denied.   *Reuben A. Garland* for petitioner.   *Eugene Cook,* Attorney General of Georgia, *Robert H. Hall,* Deputy Assistant Attorney General, and *E. Freeman Leverett,* Assistant Attorney General, for respondent.

No. 592, Misc.   BALDRIDGE *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 594, Misc.   NISTAL *v.* HAUSAUER, COMMANDING GENERAL, NEW YORK NATIONAL GUARD.   Court of Appeals of New York.   Certiorari denied.   *Arthur G. Warner* for petitioner.   *Jacob K. Javits,* Attorney General of New York, *Henry S. Manley,* Solicitor General, and *Abe Wagman* and *Jerome O. Glucksman,* Assistant Attorneys General, for respondent.

No. 597, Misc.   RANDALL *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 598, Misc.   MITCHELL *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 603, Misc.   BARNES *v.* FEDERAL COMMUNICATIONS COMMISSION.   C. A. 7th Cir.   Certiorari denied.   Reported below: —— F. 2d ——.

No. 605, Misc.   LYONS *v.* WEEMS ET AL., DOING BUSINESS AS WEEMS BROTHERS SEAFOOD Co.   Supreme Court of Mississippi.   Certiorari denied.   *William Eugene Morse* for petitioner.   *W. Lee Guice* and *R. W. Thompson, Jr.* for respondents.